UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**Nov 24, 2009**

FILED
CLERK'S OFFICE

A CERTIFIED TRUE COPY
ATTEST
By Jakela Mells on Dec 10, 2009
FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

C 09-5309 SC
(SEE ATTACHED SCHEDULE)

**FILED**

DEC 15 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CONDITIONAL TRANSFER ORDER (CTO-329)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,926 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Dec 10, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

TRUE COPY CERTIFIED TO FROM THE RECORD
12/10/09
Tom Dorsey
CLERK, UNITED STATES DISTRICT COURT

IN RE: ASBESTOS PRODUCTS LIABILITY  
LITIGATION (NO. VI)                                            MDL No. 875

## SCHEDULE CTO-329 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| ~~CAC~~ | ~~2~~ | ~~09-7932~~ | ~~Michael Langlois, et al. v. A.W. Chesterton Co., Inc., et al.~~ **Opposed 12/10/09** |
| CAC | 2 | 09-7986 | Lawrence Boman, et al. v. Alfa Laval, Inc., et al. |
| CAC | 2 | 09-8261 | Fred Godbolt, Jr. v. A.W. Chesterton Co., et al. |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 09-5309 | Ardys Kasabian, et al. v. Kaiser Ventures LLC, et al. |
| ~~CAN~~ | ~~4~~ | ~~09-5140~~ | ~~Ante Antolos v. Rockwell Automation, Inc., et al.~~ **Vacated 12/08/09** |
| **FLORIDA SOUTHERN** | | | |
| FLS | 9 | 09-81881 | William Hays, et al. v. Foster Wheeler Energy Corp., et al. |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 09-6365 | Kathleen Gebhardt, etc. v. A.W. Chesterton Co., et al. |
| **ILLINOIS SOUTHERN** | | | |
| ~~ILS~~ | ~~3~~ | ~~09-773~~ | ~~Robert Gragg v. Alfa Laval, Inc., et al.~~ **Vacated 12/04/09** |
| **MASSACHUSETTS** | | | |
| MA | 1 | 09-10475 | Tricia Jean Murphy, et al. v. Rapid-American Corp., et al. |
| **MAINE** | | | |
| ME | 2 | 09-568 | Fernand Bolduc, et al. v. Metropolitan Life Insurance Co., et al. |
| **NORTH CAROLINA EASTERN** | | | |
| NCE | 5 | 09-452 | Terri Lynn Nicholas, etc. v. Anchor Packing Co., et al. |
| NCE | 5 | 09-454 | Trudie Tyson Winstead, etc. v. Anchor Packing Co., et al. |
| NCE | 5 | 09-456 | Lou Dove Herndon, etc. v. Anchor Packing Co., et al. |
| **NORTH CAROLINA MIDDLE** | | | |
| NCM | 1 | 09-836 | James Edward Abernathy, et al. v. A.W. Chesterton Co., et al. |
| NCM | 1 | 09-875 | Eddie Smith, et al. v. A.W. Chesterton Co., et al. |

**MDL No. 875 - Schedule CTO-329 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **NORTH CAROLINA WESTERN** | | | |
| NCW | 1 | 09-402 | Dennis Joe Bumgardner, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-403 | Maurice Alan Sanderson, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-404 | Charles Roger Stafford, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-408 | James Paul Reece, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-410 | Jerry Donald Sloan, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-412 | Maynard Ervin Humphries, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-415 | Joseph Gerald McClain, et al. v. A.W. Chesterton Co., et al. |
| **NEW JERSEY** | | | |
| NJ | 2 | 09-5353 | Francisco Jimenez Egea v. American Standard Inc., et al. |
| NJ | 2 | 09-5497 | Alyce A. Damiani, etc. v. Foster Wheeler LLC, et al. |
| NJ | 3 | 09-5255 | Michael Tanier, etc. v. Owens Illinois, Inc., et al. |
| **NEW YORK SOUTHERN** | | | |
| ~~NYS~~ | ~~1~~ | ~~09-7494~~ | ~~Kenneth Robert Morrill, et al. v. Advance Auto Parts, Inc., et al.~~ **Vacated 12/08/09** |
| ~~NYS~~ | ~~1~~ | ~~09-7496~~ | ~~Elizabeth J. Coons, etc. v. A.O. Water Smith Products, et al.~~ **Opposed 12/07/09** |
| **OHIO NORTHERN** | | | |
| OHN | 1 | 09-10022 | Stephen Weidman v. A-C Product Liability Trust, et al. |
| **SOUTH CAROLINA** | | | |
| SC | 0 | 09-2861 | Timothy Mark Davis, et al. v. A.W. Chesterton Co., et al. |
| SC | 0 | 09-2895 | Devan Claude Hoke, et al. v. A.W. Chesterton Co., et al. |
| SC | 0 | 09-2897 | Thomas Glenn Self, Jr., et al. v. A.W. Chesterton Co., et al. |
| SC | 6 | 09-3009 | William Allen Mobley, et al. v. A.W. Chesterton Co., et al. |
| SC | 7 | 09-3007 | Marvin Eugene Elledge, Jr., et al. v. A.W. Chesterton Co., et al. |
| SC | 8 | 09-2862 | Michael Dwayne Smith, et al. v. A.W. Chesterton Co., et al. |
| SC | 8 | 09-2921 | Chris Allen Schronce, et al. v. A.W. Chesterton Co., et al. |
| SC | 8 | 09-2923 | Roy Neal Smith, et al. v. A.W. Chesterton Co., et al. |
| SC | 8 | 09-2925 | Wayne Alan Woods, et al. v. A.W. Chesterton Co., et al. |
| SC | 8 | 09-2935 | Teresa R. Dummeyer, etc. v. A.W. Chesterton Co., et al. |
| SC | 8 | 09-2936 | Johnny Dedrick Wald v. A.W. Chesterton Co., et al. |
| SC | 8 | 09-2943 | Walter Furman Whitmire, et al. v. A.W. Chesterton Co., et al. |
| **TENNESSEE MIDDLE** | | | |
| TNM | 3 | 09-1104 | Tammy Barnes, etc. v. A.W. Chesterton Co., et al. |
| **VIRGINIA EASTERN** | | | |
| VAE | 4 | 09-3268 | Charles King v. Amchem Products, Inc., et al. |

MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

ROOM 2609
(267) 299-7018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF
PENNSYLVANIA U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

**RECEIVED**

DEC 1 5 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION
MDL 875

Dear Clerk:

The enclosed certified copy of a Conditional Transfer Order (CTO-329) from the Judicial Panel is being sent to you regarding the involved action(s) listed on the attached schedule. These case(s) have been properly identified as multi district litigation asbestos cases.

**\*\*PLEASE DO NOT FORWARD ANY OF THE RECORD OR ANY DOCUMENTS TO OUR COURT. WE ALSO DO NOT NEED A COPY OF THE DOCKET OR THIS ORDER RETURNED TO OUR COURT.\*\***

This copy is information for your court's records. We will extract your case from the pacer website; you are not required to forward any documents from your court's records. We are in the process of assigning new case numbers and all future docketing will be conducted in our court. A Transfer Order and Case Log will be sent to your Clerk. If you have any questions please contact me at (267) 299-7018.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

*Tom Dempsey*

Tom Dempsey
MDL Docketing Clerk

Enclosure